```
3/ HOLLY                IN THE UNITED STATES BANKRUPTCY COURT                    I
   162100           EASTERN AND WESTERN DISTRICTS OF ARKANSAS
```

RE:  EDNA L. WILLIAMS                               CASE NO: 4:05-BK-20959 E/B

---
### O R D E R   T O   P A Y   T R U S T E E
---

The above named debtor has filed a petition under Chapter 13 of the Bankruptcy Code and has submitted all future income to the jurisdiction of this Court in accordance with the statute.

IT IS THEREFORE ORDERED, that until further order of this Court, the entity from whom the debtor receives income,

> CARE LINK
> P O BOX 5988
> NORTH LITTLE ROCK AR 72119

shall deduct from said income the sum of  $  378.60  BI-WEEKLY beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and to remit the deductible sums EACH MONTH to:

> JOYCE BRADLEY BABIN, TRUSTEE
> P.O. BOX 55161
> LITTLE ROCK, AR 72215-5161

IT IS FURTHER ORDERED, that the entity from whom the debtor receives income shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED, that all income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, or union dues to be paid to the debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR, WITH THE EXCEPTION OF CHILD SUPPORT.

IT IS FURTHER ORDERED, that this order supersedes previous orders made to the subject entity in the cause.

DATE: 08/26/2005                           /s/ AUDREY R. EVANS
                                           _____
cc: DEBTOR(S)                              AUDREY R. EVANS, BANKRUPTCY JUDGE
    KAREN D GULLEY
    JOYCE BRADLEY BABIN, TRUSTEE (Phone Number: 501-537-2500)
    CARE LINK